# UNITED STATES DISTRICT COURT
for the

_____ District of New Jersey

United States of America )
v. )
Dexter Quen ) Case No: 05-753
) USM No: _____
Date of Previous Judgment: Oct 2, 2006 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): Retroactive amendment does not affect actual guideline range, which is constructed to 48 months.

## III. ADDITIONAL COMMENTS
Court agrees with Probation Department that quantity of crack cocaine was 87.5 grams with a base offense level of 32, not 28.

Except as provided above, all provisions of the judgment dated Oct 2, 2006 shall remain in effect.
IT IS SO ORDERED.

Order Date: 9 April 2009

Judge's signature

Effective Date: _____
(if different from order date)

William H. Walls
Printed name and title